

# FINANCIAL DISCLOSURE REPORT
## NOMINATION FILING

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Black, Timothy S. | 2. Court or Organization<br><br>Southern District of Ohio | 3. Date of Report<br><br>12/30/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge - nominee | 5a. Report Type (check appropriate type)<br><br>☑ Nomination,    Date 12/24/2009<br>☐ Initial    ☐ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>11/30/2009 |
| 7. Chambers or Office Address<br><br>716 United States Courthouse<br>100 East Fifth Street<br>Cincinnati, OH 45202 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Black, Timothy S. | 12/30/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2008 | self-employed - part-time tutor |
| 2. | 2009 | self-employed - part-time tutor; part-time employee, Monteverdi Residence Club |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Keybank | credit line | J |
| 2. US Dept. of Education - Wm. D. Ford Federal Direct Loan Program | student loans for two daughters | M |
| 3. American Express | credit card | K |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fifth Third Bank accounts | A | interest | J | T | Exempt | | | | |
| 2. Fifth Third Bank (IRA - cash) | | none | K | T | | | | | |
| 3. Vanguard Windsor Fund (IRA) | | none | K | T | | | | | |
| 4. TIAA-CREF | | none | L | T | | | | | |
| 5. TIAA-CREF | | none | L | T | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

III.A. Non-Investment Income. Non-investment income was earned during the reporting period. I received a salary from the United States Government for services as a United States Magistrate Judge, Southern District of Ohio.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ___Timothy S. Black___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|
| Cash on hand and in banks | 12 | 500 | Notes payable to banks-secured | | 11 | 125 |
| U.S. Government securities-add schedule | | | Notes payable to banks-unsecured | | 33 | 070 |
| Listed securities-add schedule | | | Notes payable to relatives | | | |
| Unlisted securities--add schedule | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | Accounts and bills due | | | |
| Due from relatives and friends | | | Unpaid income tax | | | |
| Due from others | | | Other unpaid income and interest | | | |
| Doubtful | | | Real estate mortgages payable-add schedule* | | 230 | 323 |
| Real estate owned-add schedule* | 425 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | Other debts-itemize: | | | |
| Autos and other personal property | 45 | 500 | Student Loans | | 190 | 334 |
| Cash value-life insurance | | | | | | |
| Other assets itemize: | | | | | | |
| TIAA-CREF IRA | 88 | 270 | | | | |
| TIAA-CREF IRA | 52 | 125 | | | | |
| IRA Fifth Third Money Market | 44 | 100 | Total liabilities | | 464 | 852 |
| Vanguard Windsor Fund money market IRA | 24 | 295 | Net Worth | | 226 | 938 |
| Total Assets | 691 | 790 | Total liabilities and net worth | | 691 | 790 |
| CONTINGENT LIABILITIES | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | Are any assets pledged? (Add schedule) | NO | | |
| On leases or contracts | | | Are you a defendant in any suits or legal actions? | NO | | |
| Legal Claims | | | Have you ever taken bankruptcy? | NO | | |
| Provision for Federal Income Tax | | | | | | |
| Other special debt | | | | | | |

## *SCHEDULES:
Amounts for Real Estate Owned and Real estate mortgages payable are for Personal residence.